**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DALLAS BUYERS CLUB, LLC.,**

      **Plaintiff,**

v.                                            **Case No:   6:14-cv-1013-Orl-37GJK**

**DOE 6,**

      **Defendant.**

## ORDER OF DISMISSAL

Before the Court is Plaintiff, Dallas Buyers Club, LLC's Notice of Dismissal without Prejudice (Doc. 24, filed January 5, 2015.  No answer has been filed.  Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**.  The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida, this 5th day of January, 2015.

_____
ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record